IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SLOAN, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CORECARE BEHAVIORAL HEALTH MANAGEMENT, INC. et al | : | |
| | : | |
| *Defendant.* | : | NO.  22-cv-04703 |

## FINAL ORDER

**AND NOW**, this **5th** day of **April 2023**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The pre-litigation settlement agreement reached between the parties on November 2, 2022 and memorialized in the signed Memorandum of Understanding ("MOU") that same day is binding and enforceable.

2. Defendants must abide by the terms of the MOU on or before June 5, 2023.

3. The Clerk of the Court shall close this case.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**